UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHEILA BURTIS,

    *Plaintiff*,

vs.

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

    *Defendant*.

Civil No.: 20-cv-12071
Hon. Matthew F. Leitman
United States District Judge

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                /s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: April 20, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
